UNITED STATES of America,
Appellee,

v.

Patrick McKEEN, Defendant,
Appellant.

No. 10–1747.

United States Court of Appeals,
First Circuit.

May 11, 2011.

Mark E. Howard and Howard & Ruoff, PLLC on brief, for appellant.

Seth R. Aframe, Assistant United States Attorney, and Michael J. Gunnison, Attorney (acting under authority conferred by 28 U.S.C. § 515), on brief, for appellee.

Before TORRUELLA, SELYA and LIPEZ, Circuit Judges.

PER CURIAM.

This is a single-issue sentencing appeal. Viewing the record as a whole, we conclude that the district court could supportably find—as it did—that the prosecutor's decision not to move for an additional re-

---

* The Hon. David H. Souter, Associate Justice (Ret.) of the Supreme Court of the United States, sitting by designation.

duction in the defendant's offense level for timely acceptance of responsibility, *see* USSG § 3E1.1(b), was neither irrational nor motivated by an unconstitutional reason. The decision was, therefore, within the prosecutor's wide discretion, *see, e.g., United States v. Beatty,* 538 F.3d 8, 15 (1st Cir.2008), and the district court did not err in refusing to compel the prosecutor to make such a motion.

We need go no further. On this basis, we summarily affirm the defendant's sentence. *See* 1st Cir. R. 27.0(c).

*Affirmed.*